■ COUNTY OF ERIE, Appellant, v NEW YORK STATE DIVISION OF PAROLE et al., Respondents. [668 NYS2d 133] —Order unanimously affirmed without costs (*see, County of Nassau v Cuomo*, 69 NY2d 737). (Appeal from Order of Supreme Court, Erie County, Kane, J.—CPLR art 78.) Present—Denman, P. J., Hayes, Callahan and Fallon, JJ.

■ K & R DAY TRUCKING, INC., Respondent, v JOHN LORE, JR., et al., Appellants. [668 NYS2d 136] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied the cross motion of defendants to amend their answer to add two affirmative defenses. Although leave to amend pleadings "shall be freely given" absent prejudice or surprise (CPLR 3025 [b]; *see, Fahey v County of Ontario*, 44 NY2d 934, 935), such relief should not be granted where, as here, the proposed amendment manifestly lacks merit or is " ' "palpably insufficient on [its] face" ' " (*Ricci v New Era Cap Co.*, 224 AD2d 963, 964; *Washburn v Citibank [S.D.]*, 190 AD2d 1057; *see, Hanover Ins. Co. v Finnerty*, 225 AD2d 1054, 1055). (Appeal from Order of Supreme Court, Erie County, Notaro, J.—Amend Pleadings.) Present—Denman, P. J., Hayes, Callahan and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE JOHNSON, Appellant. [668 NYS2d 136] —Judgment unanimously affirmed. Memorandum: We reject the contention that the verdict finding defendant guilty of criminally negligent homicide (Penal Law § 125.10) is contrary to the weight of the evidence (*see, People v Bleakley*, 69 NY2d 490, 495). The sentence imposed is not unduly harsh or severe. (Appeal from Judgment of Erie County Court, McCarthy, J.—Criminal Negligent Homicide, 3rd Degree.) Present—Green, J. P., Lawton, Wisner, Balio and Boehm, JJ.